UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Louis Porter II,

Plaintiff,

v.

Summit Academy OIC,

Defendant.

Civil File No. 01-395 RHK/JMM

**ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS**

---

The above-captioned matter came before this Court under advisement on the 1st day of August, 2001, upon the motion of Defendant Summit Academy, OIC ("Defendant") to stay all proceedings in this case.

Upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

That Defendant's motion to stay the proceedings in the above-captioned matter is GRANTED. All proceedings in the above-captioned action are stayed until either the Rehabilitator of Reliance Insurance Company consents to the pending action, the rehabilitation of Reliance Insurance Company is completed, or the Parties jointly request that the matter be placed on the active calendar, or until October 1, 2001, whichever first occurs. JMM

BY THE COURT:

Dated: August 2, 2001

The Honorable John M. Mason
Magistrate Judge of U.S. District Court

FILED AUG 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500