UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LOUIS PORTER II, CIVIL NO. 01-395 (RHK/JMM)

Plaintiff,

v. ORDER

SUMMIT ACADEMY OIC,

Defendant.

The above matter came on before the undersigned upon Defendant's Motion to Stay the Proceedings [Docket No. 14].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, and Paragraph 23 of the October 3, 2001 Order of Liquidation issued by the Court in the Commonwealth of Pennsylvania, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Stay the Proceedings [Docket No. 14] is granted. All proceedings in the above action are stayed until Rehabiliator of Reliance Insurance Company consents to the pending action or January 2, 2002, whichever occurs first.

Dated: October 10, 2001

JOHN M. MASON
United States Magistrate Judge

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______