UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LOUIS PORTER II,

Plaintiff,

v.

SUMMIT ACADEMY OIC,

Defendant.

CIVIL NO. 01-395 (RHK/JMM)

ORDER

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. The Stay issued on October 10, 2001 is hereby dissolved.

2. The Parties shall confer with respect to the Pretrial Scheduling Order, and may jointly submit a proposed Amended Order, or may individually informally submit proposed Amended Orders, no later than January 2, 2002.

Dated: December 17, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK