UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Louis Porter II,

Plaintiff,

v.

Summit Academy OIC,

Defendant.

Civil File No. 01-395 JEL/JGL

**ORDER OF DISMISSAL WITH PREJUDICE**

---

UPON CONSIDERATION of the Joint Stipulation For Dismissal With Prejudice;

IT IS HEREBY ORDERED that the above-captioned matter be dismissed in its entirety with prejudice, without costs or attorneys' fees to either Party.

Dated: 9-5-02

Honorable Joan Ericksen Lancaster
United States District Court Judge

SEP 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Louis Porter II,

Plaintiff,

v.

Summit Academy OIC,

Defendant.

Civil File No. 01-395 JEL/JGL

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

COMES NOW the Plaintiff, Louis Porter, II ("Porter") and the Defendant, Summit Academy OIC ("Summit"), in the above-captioned matter, by their respective undersigned counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate, and move the Court, to dismiss Porter's claims against Summit in the above-captioned matter in their entirety with prejudice, with each Party bearing its own costs and attorneys' fees.

WHEREFORE the Parties respectfully request that this Court dismiss Porter's claims against Summit in the above-captioned matter in their entirety with prejudice without costs or attorneys' fees to any Party.

Dated 9/4/02

SEATON, BECK & PETERS, P.A.

By ______________________
Alec J. Beck (#201133)
Barak J. Babcock (#290646)
Attorneys for Defendant
7301 Ohms Lane, Suite 320
Edina, Minnesota 55439
(952) 896-1700

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated Aug 28, 2002

Elizabeth Kimball, Esq. (#224352)
Attorney at Law
Suite 300
333 Washington Avenue North
Minneapolis, MN 55401
(612) 373-7022